Anita Patti Brown, appellee, v. The Owl Drug Company and M. Specht, on appeal of The Owl Drug Company, appellant.  Gen. No. 28,801.

Allegation of violation of Civil Rights Act. Judgment for statutory penalty. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the second di-

vision of this court for the first district at the October term, 1923. Reversed with a finding of fact. Opinion filed April 3, 1924.

Culver, Andrews & King, for appellant. Ellis & Westbrooks, for appellee; Harris B. Gaines, of counsel.

Mr. Justice Fitch delivered the opinion of the court.